Stephanie M. Cerasano (State Bar No. 017171)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Stephanie.Cerasano@jacksonlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Celaya, | Case No:  2:18-CV-00540-DGC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| City of Goodyear, a municipal corporation, | |
| Defendant. | |

The parties notify the Court that they have reached a settlement in this matter, subject to entering into a mutually agreeable written settlement agreement.  The parties anticipate filing a stipulation to dismiss all claims with prejudice shortly.

DATED this May 24, 2019.

JACKSON LEWIS P.C.

By: */s/ Stephanie M. Cerasano*
    Stephanie M. Cerasano
    Attorneys for Defendant

KELLY MCCOY, PLC

By: */s/ Matthew J. Kelly (with permission)*
    Kevin McCoy
    Matthew J. Kelly
    Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on May 24, 2019, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

KELLY MCCOY, PLC
Kevin McCoy

6

Matthew J. Kelly

7

340 E. Palm Lane, Suite 300
Phoenix, AZ 85004

8

Attorneys for Plaintiff

9

By: */s/ Amalia Tafoya*

10

11

12

4837-2148-0600, v. 1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2